IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERONICA HERRERA,

    Plaintiff,

v.                                Case No: 2:21-cv-00438-MV-SMV

DEFENDANT LAS CRUCES
AUTOMOTIVE GROUP, INC.,

    Defendant.

## STIPULATED CONFIDENTIALITY ORDER

It is hereby ordered that the following provisions shall govern claims of confidentiality as to Defendant's Response to Plaintiff's Interrogatory No. 20 (net worth information). The Court orders the following:

1. Defendant's net worth shall be disclosed only to the attorneys, the parties, parties' experts, actual or proposed witnesses, and other persons whom the attorneys deem necessary to review the documents for the prosecution or defense of this lawsuit.

2. Defendant's Response to Plaintiff's Interrogatory No. 20 will be considered confidential and any filing containing either Defendant's Response to Interrogatory No. 20, or the net worth of Defendant identified in Interrogatory No. 20, will be filed with the Court's Electronic Filing System, marked for access by only the Court and the Parties.

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Presented, agreed, and prepared and respectfully submitted:

By: /s/ Ben Furth
Ben Furth
Paul Darby Hibner
The Furth Law Firm P.A.
780 South Walnut, Building No. 5
Las Cruces, New Mexico 88001
Telephone:    (575) 522-3996
Fax:                (575) 532-5815

*Attorneys for Plaintiff*

By: /s/ (approved via electronic mail 12-20-2021)
Bruce A. Koehler
Monica L. Perez
MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas 79999-1977
Phone:  (915) 532-2000
Telefax: (915) 541-1597

*Attorneys for Defendant*