IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA HERRERA,

    Plaintiff,

v.                                                                                                    No. 21-cv-0438 MV/SMV

LAS CRUCES AUTOMOTIVE GROUP, INC.,

    Defendant.

### ORDER SETTING MOTION HEARING AND STATUS CONFERENCE

| | |
|---|---|
| **Location:** | AT&T Teleconference Line<br>Call-in number: 888-363-4734<br>Code: 4382538 |
| **Date and time:** | February 17, 2022, at 1:30 p.m. MST |
| **Matters to be heard:** | 1) Plaintiff's Motion to Compel Regarding Requests for Admissions No. 15, 17, and 18 [Doc. 51]<br><br>2) Status Conference |

    **IT IS ORDERED** that a telephonic hearing is set on Plaintiff's Motion to Compel Regarding Requests for Admissions No. 15, 17, and 18 [Doc. 51].

    **IT IS FURTHER ORDERED** that, in addition to the motion hearing, the Court will hold a status conference. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

**IT IS FURTHER ORDERED** that the motion hearing and status conference are set for **February 17, 2022, at 1:30 p.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

**IT IS SO ORDERED.**

                                            _____
                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**