IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA HERRERA,

    Plaintiff,

v.                                                                           No. 21-cv-0438 MV/SMV

LAS CRUCES AUTOMOTIVE GROUP, INC.,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Compel Regarding Requests for Admissions No. 15, 17, and 18 (the "Motion to Compel"). [Doc. 51]. Defendant's response was filed on December 15, 2021 [Doc. 53], and Plaintiff's reply was filed on January 3, 2022. [Doc. 56]. The Court heard oral argument on the Motion to Compel on February 17, 2022.

For the reasons stated on the record, **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Compel is denied in part and granted in part. Plaintiff's Motion to Compel is hereby DENIED as to Requests for Admission 15 and 18. Plaintiff's Motion to Compel is hereby GRANTED as to Request for Admission 17.

**IT IS FURTHER ORDERED** that Defendant must file an amended response to Request for Admission 17 no later than February 23, 2022.

**IT IS FURTHER ORDERED** that no attorneys' fees or costs related to Plaintiff's Motion to Compel will be awarded.

**IT IS SO ORDERED.**

                                                                                     _____
                                                                                     **STEPHAN M. VIDMAR**
                                                                                     **United States Magistrate Judge**