IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA HERRERA,

    Plaintiff,

v.                                                               No. 21-cv-0438 MV/SMV

LAS CRUCES AUTOMOTIVE GROUP, INC.,

    Defendant.

### ORDER

THIS MATTER is before the Court on Defendant's Motion for Protective Order ("Defendant's Motion"). [Doc. 59]. Plaintiff's response was filed on January 31, 2022 [Doc. 63], and Defendant's reply was filed on February 14, 2022. [Doc. 66]. The Court heard oral argument on Defendant's Motion on February 17, 2022.

**IT IS ORDERED, ADJUDGED, AND DECREED,** for the reasons stated on the record, that the Court will deny in part, grant in part, and reserve ruling in part on Defendant's Motion. Defendant's Motion is hereby GRANTED to the extent Defendant seeks to bar Plaintiff's inspection of Defendant's "CCC One" software. Defendant's Motion is hereby DENIED to the extent Defendant seeks to bar Plaintiff from obtaining the information about when work on estimates was started found on the "event tab" within Defendant's CCC One software.

**IT IS FURTHER ORDERED** that, no later than **5:00 p.m. MST on February 28, 2022**, Defendant must provide to Plaintiff (1) print outs of the event tab in the CCC One software

for each estimate created from January 1, 2021, through April 16, 2021, and (2) an affidavit by a qualified records custodian attesting to the authenticity of the print outs.

The Court will RESERVE RULING on the request in Defendant's Motion for attorneys' fees and costs.

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**