IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA HERRERA,

    Plaintiff,

v.                                                     No. 21-cv-0438 MV/SMV

LAS CRUCES AUTOMOTIVE GROUP, INC.,

    Defendant.

## ORDER SETTING MOTION HEARING

| | |
|---|---|
| **Location:** | AT&T Teleconference Line<br>Call-in number: 888-363-4734<br>Code: 4382538 |
| **Date and time:** | July 29, 2022, at 1:30 p.m. MDT |
| **Matters to be heard:** | Plaintiff's Motion to Address Defendant's Discovery Abuse [Doc. 75] |

**IT IS ORDERED** that a telephonic hearing is set on Plaintiff's Motion to Address Defendant's Discovery Abuse [Doc. 75]. The hearing is set for **July 29, 2022, at 1:30 p.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**