# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**VERONICA HERRERA,**

    Plaintiff,

v.                                                                                      No. 21-cv-0438 MV/SMV

**LAS CRUCES AUTOMOTIVE GROUP, INC.,**

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

Counsel for Plaintiff notified the Court by telephone on September 1, 2022, that a settlement has been reached in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **September 30, 2022**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**